**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                          **Case No: 8:17-cv-826-T-35AEP**

**SAID RUM,**

    Defendant.

## **ORDER**

**THIS CAUSE** comes before the Court for consideration of the Defendant's Motion for Summary Judgment, (Dkt. 30); the Response in opposition thereto filed by the United States, (Dkt. 55); Defendant's Reply, (Dkt. 61); the United States' Motion for Summary Judgment, (Dkt. 31); the Response in opposition thereto filed by the Defendant, (Dkt. 58); and the United States' Reply.  (Dkt. 60)  Pursuant to 28 U.S.C. § 636, this Court **REFERS** the Parties' motions to the Honorable Magistrate Judge Anthony E. Porcelli for entry of a Report and Recommendation.

**DONE** and **ORDERED** in Tampa, Florida, this 10th day of April, 2019.

_/s/ Mary S. Scriven_
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person