**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| **CASE NO.:** 8:17-cv-826-MSS-AEP | **DATE:** 5/28/19 |
|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | |
| **UNITED STATES OF AMERICA**<br>           **Plaintiff,**<br>v. | **PLAINTIFF'S COUNSEL**<br>Mary Hervey Esq. |
| **RUM**<br>           **Defendant** | **DEFENSE COUNSEL**<br>Venar Ayar Esq. |
| **COURT REPORTER:** DIGITAL/Melissa Pierson | **DEPUTY CLERK:** Lynne Vito |
| **TIME:** 10:08 to 11:15   **TOTAL:** 1.07 min | **COURTROOM:** 10A |

**PROCEEDINGS:**   MOTION HEARING

First MOTION for summary judgment by Said Rum. (Dkt #30)

MOTION for summary judgment by United States of America. (Dkt #31)

Oral Argument heard.

Matter is taken under advisement.  Report and Recommendation to be entered.