IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. Case No. 8:17-cv-826-T26AEP |
| ) | |
| SAID RUM, ) | |
| ) | |
| Defendant. ) | |

**UNITED STATES' MOTION TO AMEND FORM OF FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 59(e), the United States asks the Court to amend the form of the Final Judgment entered in favor of the United States to include the amount that has been awarded.

The Court has adopted the Magistrate Judge's Report and Recommendation, granting the United States' motion for summary judgment and denying Defendant Said Rum's motion for summary judgment. (Doc. 76.) Based on that Order, the Clerk of Court entered Final Judgment in favor of the United States, but it does not include the specific amount of the money judgment. (Doc. 77.) For the sake of clarity, the United States asks the Court to amend the form of the Final Judgment to include the amount awarded.

As described in the United States' motion for summary judgment, the Internal Revenue Service assessed $693,607 in penalties against Rum for his willful failure to meet his foreign account reporting obligations for 2007. (Doc. 31 at 7.) As of November 21, 2018, the balance of unpaid penalty assessments owed by Mr. Rum is $770,800.21, including interest accrued under 31 U.S.C. § 3717. (Doc. 31 at 14.) Although Mr. Rum challenged the amount of the original

1

assessment in his opposition to the United States' motion for summary judgment, the Court rejected those arguments and upheld the amount of the assessment.  Mr. Rum did not challenge the computation of the updated balance.  As a result, it is appropriate to amend the Final Judgment to include a statement that judgment is entered against Mr. Rum in the amount of $770,800.21, including interest accrued under 31 U.S.C. § 3717 as of November 21, 2018 through the date of judgment, plus additional post-judgment interest thereafter as allowed by law.

     This requested amendment does not change the substance of the Final Judgment.  The Final Judgment correctly provides that summary judgment is entered in favor of the United States.  The requested amendment merely specifies the amount of the judgment for purposes of clarity.  On October 18, undersigned Tax Division counsel emailed a draft copy of this motion and the proposed amended judgment to Mr. Rum's counsel, requesting his views on the requested relief.  So far Mr. Rum's counsel has not responded.

     For those reasons, the United States asks the Court to amend the form of the Final Judgment to include the amount of the money judgment.  A proposed Amended Final Judgment is attached.

     RICHARD E. ZUCKERMAN
     Principal Deputy Assistant Attorney General

By:   /s/ Laura M. Conner
     Laura M. Conner
     Trial Attorney, Tax Division
     U.S. Department of Justice
     P.O. Box 14198
     Ben Franklin Station
     Washington, D.C. 20044
     Telephone: (202) 514-6484
     Laura.M.Conner@usdoj.gov

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing United States' Motion to Amend Form of Final Judgment has been filed this 23rd day of October, 2019 with the Court via ECF, which will transmit an electronic copy to all counsel of record.

    /s/ Laura M. Conner
    Trial Attorney, Tax Division
    U.S. Department of Justice
    P.O. Box 14198, Ben Franklin Station
    Washington, DC 20044