## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No.  8:17-cv-826-T26AEP |
| ) | |
| **SAID RUM**, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### NOTICE OF APPEAL

Pursuant to U.S. Code § 1291 and Federal Rules of Appellate Procedure 3(a)(1) and 4(a),

Defendant Said Rum ("Appellant") hereby appeals to the United States Court of Appeals for the

Eleventh Circuit from the following Orders of the United States District Court for the Middle

District of Florida (Tampa Division): (1) Amended Final Judgment in Favor of the United States

of America entered on October 25, 2019 (Doc. #81); and (2) Order Adopting the Magistrate

Judge's Report and Recommendations; Granting the United States' Motion for Summary

Judgment; Denying Defendant's Motion for Summary Judgment entered on September 26, 2019

(Doc. #76).

Respectfully submitted,

Dated: November 6, 2019            /s/ Venar Ayar

Venar Ayar
Ayar Law

Counsel for Defendant
30095 Northwestern Highway, Suite 102
Farmington Hills, MI 48334
Phone: (248) 262-3400
Fax: (248) 436-8117
venar@ayarlaw.com